TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Eitan Blander

*Proposed Attorneys for Albert Togut*
*Not Individually But Solely in His Capacity*
*as the Chapter 7 Interim Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
In re:                                                       :      Chapter 7
                                                             :      Case No. 24-11422 (LGB)
JOHN G. BALESTRIERE,                                         :
                                                             :
                            Debtor.                          :
                                                             :
------------------------------------------------------------ X

**AFFIDAVIT OF SERVICE OF NOTICE OF PROPOSED ORDER AUTHORIZING CHAPTER 7 INTERIM TRUSTEE TO RETAIN TOGUT, SEGAL & SEGAL LLP AS HIS ATTORNEYS AND VINAY AGARWAL, CPA, LLC AS HIS ACCOUNTANTS**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK )

        ALEXANDRA STOLP, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Brooklyn, New York.

        On September 27, 2024, deponent served a copy of the *Notice of Proposed Order Authorizing Chapter 7 Interim Trustee to Retain Togut, Segal & Segal LLP as his Attorneys* [Docket No. 8] and *Notice of Proposed Order Authorizing Chapter 7 Interim Trustee to Retain Vinay Agarwal, CPA, LLC as his Accountants* [Docket No. 9], along with the underlying exhibits, upon all parties set forth on the service list annexed hereto, by electronic mail transmission.

        */s/ Alexandra Stolp*
        ALEXANDRA STOLP

Sworn to before me this
4th day of October, 2024

*/s/ Cynthia Sotomayor*
NOTARY PUBLIC

## SERVICE LIST:

Barclay Damon LLP
Attn: Janice Beth Grubin
Email: jgrubin@barclaydamon.com

Office of the United States Trustee
Attn: Andy Velez-Rivera
Email: Andy.Velez-Rivera@usdoj.gov