TOGUT, SEGAL & SEGAL LLP
*Attorneys for the Chapter 7 Trustee*
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Brian Kreutter

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re: :
: Chapter 7
: Case No. 24-11422 (LGB)
JOHN G. BALESTRIERE, :
:
               Debtor. :
:
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE OF NOTICE OF TRUSTEE'S ABANDONMENT

STATE OF NEW YORK    )
                                   ) ss.:
COUNTY OF NEW YORK )

       JONATHAN COHEN, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at Caldwell, New Jersey.

       On October 29, 2024, deponent served a copy of the *Notice of Trustee's Abandonment of Estate's Interest in Balestriere PLLC (d/b/a Balestriere Fariello)* [Docket No. 20], upon all parties set forth on the service list annexed hereto, by depositing true copies of same enclosed in pre-paid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York via First-Class Mail or electronic mail as indicated.

                                                                  */s/ Jonathan Cohen*
                                                                  JONATHAN COHEN

Sworn to before me this
30th day of October, 2024

*/s/ Cynthia M. Sotomayor*
NOTARY PUBLIC

## Service List

Andy Velez-Rivera, Esq.
Office of the United States Trustee
Southern District of New York
Andy.Velez-Rivera@usdoj.gov

Janice B. Grubin, Esq.
Barclay Damon LLP
JGrubin@barclaydamon.com

Leslie A. Berkoff, Esq.
lberkoff@moritthock.com

American Express
P.O. Box 96001
Los Angeles, CA 90096-8000

AT & T
P.O. Box 5014
Carol Stream, IL 60197-5014

Bank of America
P.O. Box 15019
Wilmington, DE 19850-5019

Bank of America
World Mastercard
P.O. Box 15019
Wilmington, DE 19850-5019

Benjamin Pierce, Esq.
1787 Legal Group LLC
7154 East Stetson Drive, #210
Scottsdale, AZ 85251-3272

Braun Management
160 Broadway, 1st Floor
New York, NY 10038-4297

Chase for Business Credit Card
P.O. Box 6294
Carol Stream, IL 60197-6294

Debevoise & Plimpton LLC
Attn: Jyotin Hamid, Esq.
66 Hudson Boulevard
New York, NY 10001-2189

Discover It Card
P.O. Box 6103
Carol Stream, IL 60197-6103

Marina Towers Associates
375 South End Avenue
New York, NY 10280-1014

New York State Department of
Taxation and Finance
Bankruptcy Section
P.O. Box 5300
Albany NY 12205-0300

Vittoria Fariello
395 South End Avenue, 7CC
New York, NY 10280-1097