# **EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **THEODOSIA BILLIE STREETS,**<br><br>    Plaintiff,<br><br>  – against –<br><br>**DANIEL MANGENA a.k.a LINDANI MANGENA, DREAMER HQ, INC., FINANCIAL FREEDOM IN A BOX a.k.a FINANCIAL ABUNDANCE UNLEASED and POTB ENTERPRISES, LLC,**<br><br>    Defendants. | Case No. 1:23-CV-10648-AT<br><br>**WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

**IT IS HEREBY STIPULATED AND AGREED**, that BALESTRIERE, 225 Broadway, 29th Floor, New York, New York 10007, is hereby substituted as attorney of record for Plaintiff Theodosia Billie Streets, in the place and stead of BALESTRIERE FARIELLO, which hereby withdraws as counsel, as of the date hereof.

**IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be signed in multiple counterparts, each of which when so executed and delivered shall be deemed an original, but all of which when taken together shall constitute one and the same instrument.

Dated: September 2, 2024

**BALESTRIERE FARIELLO**

By: _____
John G. Balestriere
225 Broadway, 29th Floor
New York, New York 10007
Telephone: (212) 374-5401
john.balestriere@balestrierefariello.com

*Former Attorneys for Plaintiff*

Dated: September 2, 2024

**BALESTRIERE**

By: _____
John G. Balestriere
Balestriere Firm
225 Broadway, 29th Floor
New York, New York 10007
*Attorney for Plaintiff*

Dated: September 2, 2024

**PLAINTIFF**

By: *Theodosia Billie Streets*
Theodosia Billie Streets
*Plaintiff*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| ROBERT FRIEDLANDER,<br><br>     Plaintiff,<br><br>-against-<br><br>JACK'S HOLDINGS, INC. et al.,<br><br>     Defendants. | Index No. 653210/2019<br><br>**CONSENT TO CHANGE ATTORNEY**<br><br>Assigned to:<br>Hon. Lori S. Sattler |

  **IT IS HEREBY CONSENTED**, pursuant to CPLR 321 (b) (1), that, whereas Plaintiff ROBERT FRIEDLANDER is not an infant, an incompetent person for whom a committee has been appointed, or a conservatee, BALESTRIERE, 225 Broadway, 29th Floor, New York, New York 10007, is hereby <u>substituted as attorney of record</u> for said Plaintiff, in the place and stead of BALESTRIERE FARIELLO, as of the date hereof.

Dated: New York, New York
   September 10, 2024

| | |
|---|---|
| **BALESTRIERE FARIELLO**<br>*Outgoing Attorneys for Plaintiff*<br><br>By: _____<br>  John G. Balestriere<br>  225 Broadway, 29th Floor<br>  New York, New York 10007<br>  Tel. (212) 374-5401<br>  john.balestriere@balestriefariello.com | **BALESTRIERE**<br>*Incoming Attorneys for Plaintiff*<br><br>By: _____<br>  John G. Balestriere<br>  225 Broadway, 29th Floor<br>  New York, New York 10007<br>  Tel. (212) 540-7361<br>  john.balestriere@balestrierefirm.com |

CONSENTED TO:

_____
ROBERT FRIEDLANDER, on behalf of himself
*Plaintiff*