# **EXHIBIT C**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of April, two thousand and twenty two,

Glander International Bunkering, et al,
v.
M/V Teresa, et al

**STIPULATION**
Docket Number: 22-392

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).

Date: 4/12/2022

_____
Attorney for Appellant

John G. Kissane, Watson Farley & Williams LLP
Print Name and Firm

Date: 4/12/2022

_____
Attorney for Appellee

Patrick F. Lennon, Lennon Murphy & Phillips, LLC
Print Name and Firm

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAMDA SOLUTIONS CORP., | **STIPULATION OF DISMISSAL WITH <u>PREJUDICE</u>** |
| Plaintiff, | |
| v. | Case No. 1:21-cv-02259-GHW |
| HSBC BANK USA, N.A., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action is dismissed with prejudice and without costs or attorneys' fees.

| | |
|---|---|
| Dated: New York, New York<br>January **13**, 2022 | Dated: Buffalo, New York<br>January **13**, 2022 |
| BALESTRIERE FARIELLO | PHILLIPS LYTLE LLP |
| By: _____<br>     Matthew W. Schmidt<br>Attorneys for Plaintiff<br>*Lamda Solutions Corp.*<br>225 Broadway, 29th Floor<br>New York, New York 10007<br>Telephone No. (212) 374-5421<br>matthew.schmidt@balestrierefariello.com<br><br>and | By: s/ Preston L. Zarlock<br>     Preston L. Zarlock<br>     Joshua S. Glasgow<br>Attorneys for Defendant<br>*HSBC Bank USA, N.A.*<br>One Canalside<br>125 Main Street<br>Buffalo, New York 14203-2887<br>Telephone No. (716) 847-8400<br>pzarlock@phillipslytle.com<br>jglasgow@phillipslytle.com |

- 2 -

Dated: New York, New York
January 13, 2022

RUDDY GREGORY, PLLC

By: _____
      Gregory Stuart Smith
Attorneys for Plaintiff
*Lamda Solutions Corp.*
1225 15th Street NW
Washington, D.C. 20005
Telephone No. (202) 460-3381
gsmith@ruddylaw.com

Doc #10150160

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LAMDA SOLUTIONS CORP.,

                                    Plaintiff,

                    -against-

HSBC BANK USA, N.A.,

                                  Defendant.
-----------------------------------------------------------------X

1:21-cv-2259-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

By letter dated January 4, 2022, the parties have informed the Court that this case has settled. Dkt. No. 48. Accordingly, it is hereby ORDERED that this action be conditionally discontinued without prejudice and without costs; provided, however, that within thirty (30) days of the date of this Order, the parties may submit to the Court their own Stipulation of Settlement and Dismissal.[1] Otherwise, within such time Plaintiff may apply by letter for restoration of the action to the active calendar of this Court in the event that the settlement is not consummated. Upon such application for reinstatement, the parties shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket, and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within ten (10) days of the application, to schedule remaining pretrial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice in the event that Plaintiff has not requested restoration of the case to the active calendar within such 30-day period.

The Clerk of Court is further directed to terminate all pending motions, adjourn all

---

[1] As explained in Rule 4(E) of the Court's Individual Rules of Practice in Civil Cases, the Court will not retain jurisdiction to enforce confidential settlement agreements. If the parties wish that the Court retain jurisdiction to enforce the agreement, the parties must place the terms of their settlement agreement on the public record.

remaining dates, and to close this case.

    SO ORDERED.

Dated: January 5, 2022
      New York, New York

_____
GREGORY H. WOODS
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Jenny Lapushner,   Court File No. 20-cv-00572 ADM/TNL

    Plaintiff,

v.   **ORDER FOR DISMISSAL WITH PREJUDICE**

Admedus Ltd. and Admedus Corporation,

    Defendants.

Based upon the Stipulation between the Plaintiff Jenny Lapushner and Defendants Admedus Ltd. And Admedus Corporation [ECF Doc. No. 115], IT IS HEREBY ORDERED that this matter be DISMISSED WITH PREJUDICE as to all parties, on the merits, and without ordering any costs, attorneys' fees or disbursements payable to any of the parties herein.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

    s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT COURT

Dated:  May 18, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

WILHELMINA NICOMEDEZ,

                                  Plaintiff,

               -against-

CITY OF NEW YORK, a municipal entity, NYS TROOPER
THADDEUS WROBLEWSKI, NYPD DETECTIVE JOHN
PETZOLT, NYPD PO ATKINSON, NYPD PO RIVAS,
SERGEANT GERALD LACLAIR, NYPD SUPERVISING
OFFICERS RICHARD ROE 1-5,

                                               Defendants.
------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

19-CV-4470 (RRM) (PK)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice; and

[Continued on Next Page]

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       March 19,      , 2021

BALESTRIERE FARIELLO
*Attorneys for Plaintiff*
225 Broadway, 29th Floor
New York, NY 10007
(212) 374-5401

By: _____
John G Balestriere
*Attorney for Plaintiff*

JAMES E. JOHNSON
Corporation Counsel of the
    City of New York
*Attorney for Defendants City of New York,
    Petzolt, Atkinson, LaClair and Rivas*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Richard Bahrenburg
*Assistant Corporation Counsel*

JEFFREY P. MANS, ESQ.
*Attorney for Defendant Wroblewski*

_____
Jeffrey P. Mans

SO ORDERED:

*s/Roslynn R. Mauskopf*
_____
HON. ROSLYNN R. MAUSKOPF
UNITED STATES DISTRICT JUDGE
Dated:    March 23   , 2021

2

John G. Balestriere
Matthew W. Schmidt
Roberto Cuan (Atty ID: 035821999)
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:     (212) 374-5401
Facsimile:      (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
roberto.cuan@balestrierefariello.com
*Attorneys for Plaintiff and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DOYLE C. STONE**, individually, and for all others similarly situated,<br><br>                                  Plaintiff,<br><br>         -against-<br><br>**PRUDENTIAL FINANCIAL, INC.,**<br>**PRUCO LIFE INSURANCE COMPANY**,<br><br>                                  Defendants. | Case No.:<br>2:21-cv-14610 (SDW)(ESK)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Doyle C. Stone, by and through his undersigned counsel, hereby voluntarily dismisses this action in its entirety with prejudice.

Dated: New York, New York
January 10, 2022

Respectfully submitted,

SO ORDERED.

*[signature]*

Hon. Susan D. Wigenton
United States District Judge
Dated: January 13, 2022

By: /s/ Roberto Cuan
John G. Balestriere*
Matthew W. Schmidt
Roberto Cuan (Atty ID: 035821999)
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:   (212) 374-5401
Facsimile:    (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
robert.cuan@balestrierefariello.com
*Attorneys for Plaintiff and the Class*
*Pro hac vice application forthcoming*

John G. Balestriere
Matthew W. Schmidt
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:   (212) 374-5401
Facsimile:    (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
*Attorneys for Plaintiffs*

Andrew B. Bowman
**LAW OFFICES OF ANDREW B. BOWMAN**
1804 Post Road East
Westport, Connecticut 06880
Telephone:   (202) 259-0599
andrew@andrewbowmanlaw.com
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SIERRA STUBBS** and **GAVIN JACKSON**, <br><br> Plaintiffs, <br><br> – against – <br><br> YALE UNIVERSITY, <br><br> Defendant. | Case No. 3:21-cv-01525 <br><br> JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 |

IT IS HEREBY STIPULATED AND AGREED, that Plaintiffs Sierra Stubbs ("Stubbs") and Gavin Jackson ("Jackson") by their attorneys, Balestriere Fariello, and Defendant Yale University ("Yale") by its attorneys, Wiggin and Dana LLP, hereby

stipulate that Plaintiffs, hereby dismiss, with prejudice, all counts in the above-referenced action in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii). The dismissal shall be effective upon filing of this joint stipulation.

Respectfully submitted,                                              Dated: New York, New York
                                                                                         September 7, 2023

By: _/s/ Jonathan M. Freiman_____          By: _____
Jonathan M. Freiman (ct24248)                   Andrew B. Bowman
Paul A. Tuchmann (ct8018)                         **LAW OFFICES OF ANDREW B.**
Wiggin and Dana LLP                                   **BOWMAN**
One Century Tower                                      1804 Post Road East
265 Church Street                                          Westport, Connecticut 06880
PO Box 1832                                                  Telephone:   (202) 259-0599
New Haven, CT 06508-1832                       andrew@andrewbowmanlaw.com
jfreiman@wiggin.com
ptuchmann@wiggin.com                         John G. Balestriere
Tel.: (203) 498-4400                                    Matthew W. Schmidt
Fax: (203) 782-2889                                    **BALESTRIERE FARIELLO**
*Counsel for Defendant*                            225 Broadway, 29th Floor
                                                                      New York, New York 10007
                                                                      Telephone:   (212) 374-5401
                                                                      Facsimile:    (212) 208-2613
                                                                      john.balestriere@balestrierefariello.com
                                                                      matthew.schmidt@balestrierefariello.com
                                                                      *Attorneys for Plaintiffs*

John G. Balestriere
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:   (212) 374-5401
Facsimile:    (212) 208-2613
john.balestriere@balestrierefariello.com
*Attorneys for Respondents*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| **VINOO VARGHESE,**<br><br>                              Petitioner,<br><br>For an Order Pursuant to Article 75 of the CPLR Vacating an Arbitration Award<br>           -against-<br><br>**BALESTRIERE FARIELLO, and JOHN G. BALESTRIERE**<br><br>                              Respondents. | Index No.  651665/2024<br><br>**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**<br><br>(Hon.  Eric Schumacher, J.S.C.) |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, or conservatee, and no person not a party has an interest in the subject matter of the action, that the above-entitled action be, and the same hereby is discontinued with prejudice against all parties without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

**IT IS FURTHER STIPULATED AND AGREED,** that this stipulation may be executed in counterparts, and that a facsimile and/or photocopy of this stipulation is deemed as good and sufficient as the original.

**Dennis J. Ring**

By: ___*s/ Dennis J. Ring*___
Dennis J. Ring, Esq.
*Attorney for Petitioner*
14829 Cross Island Pkwy
Whitestone, NY 11357
Tel.: (718)-357-1040

**BALESTRIERE FARIELLO and
John G. Balestriere**

By: _____
John G. Balestriere
*Attorneys for Respondents*
225 Broadway, 29th Floor
New York, New York 10007
Tel: (212) 374-5401

2

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

FEB 1 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROSANNE VRUGTMAN; et al., | No. 23-55809 |
| Plaintiffs-Appellants, | D.C. No. 5:20-cv-02352-JGB-SP Central District of California, Riverside |
| v. | |
| IT'S JUST LUNCH INTERNATIONAL, LLC; et al., | ORDER |
| Defendants-Appellees. | |

The parties' stipulated motion (Docket Entry No. 14) for voluntary dismissal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court acts as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA107