Leslie A. Berkoff, Esq.
MORITT HOCK & HAMROFF LLP
1407 Broadway, 39th Floor
New York, NY 10018
Tel: (212) 239-2000
lberkoff@moritthock.com

*Attorneys for Pravati Capital*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
In re:                                              : Chapter 7
JOHN G. BALESTRIERE,                                :
                                                    : Case No. 24-11422-lgb
                         Debtor.                    :
-----------------------------------------------------------------------x

**DECLARATION OF IVAN MORA IN SUPPORT OF REPLY TO OBJECTION TO *EX PARTE* APPLICATION OF PRAVATI CAPITAL TO PRODUCE DOCUMENTS PURSUANT TO BANKRUPTCY RULE 2004**

### Declaration of Ivan Mora

I, Ivan Mora, declare that the following are true and correct statements.

1. I am a resident of the State of Arizona.

2. I am the Director of Asset Management at Pravati Capital, LLC ("Pravati").

3. I am authorized to give this Declaration in support of Pravati's above-captioned Reply to Objection to *Ex Parte* Application of Pravati Capital to Produce Documents Pursuant to Bankruptcy Rule 2004 (the "Reply").

4. The testimony contained in this Declaration is based on my own personal knowledge and on information obtained from the books and records of Pravati. If called to testify to these facts, I could and would testify competently thereto.

5. As part of my duties with Pravati, I manage the accounts and contracts between Pravati, John G. Balestriere and Balestriere PLLC d/b/a Balestriere Fariello ("BF").

6. I have read and reviewed the Reply and the same is true to the best of my knowledge, information and belief.

3756619v1

7.   I have read and reviewed the requests contained in Dkt. No. 25-2 (i.e. Exhibit B to the *Ex Parte* Application of Pravati Capital to Produce Documents Pursuant to Bankruptcy Rule 2004 (the "Application")).

8.   As to requests 1 and 2 of Exhibit B to the Application, we do not have all bank statements for all bank accounts maintained by BF. What statements we do have were supplied inconsistently month to month, were incomplete, did not include foreign accounts, and did not include other accounts BF must have maintained, such as a payroll account.

9.   As to request 3 and 4 of Exhibit B to the Application, we do not have any checkbooks and/or ledgers for any account.

10.   As to request 5 of Exhibit B to the Application, we do not have a mirror copy of BF's hard drive.

11.   As to request 6 of Exhibit B to the Application, we do not have information regarding the accounts listed in the request.

12.   As to request 7 of Exhibit B to the Application, we have tax returns for 2019 and 2020, but not all of the requested federal and state tax returns for BF.

13.   As to requests 8 through 13 of Exhibit B to the Application, we do not have this information.

14.   As to requests 14 and 15 of Exhibit B to the Application, we do not have this information.

15.   As to requests 16 through 25 of Exhibit B to the Application, we do not have this information.

16.   As to request 26, we have some, but not all documents requested. BF's failure to remit funds to Pravati and provide these documents were some of the main causes of the litigation between he and Pravati. For example, attached hereto as Exhibit 1 is a list of all of BF's cases during the relevant time frame. BF admitted at arbitration that they did not remit any funds to Pravati after September 7, 2021, and only remitted $554,196.78 in total repayment.

17.   As to requests 27 through 29 of Exhibit B to the Application, we do not have this information.

3756619v1

18. As to request 30 of Exhibit B to the Application, we have been able to pull some documents from public record, but not all such matters are searchable. For example, local litigation and matters in arbitration will not appear in our searches.

19. As to requests 31 and 32 of Exhibit B to the Application, we do not have this information.

20. As to requests 33 through 35 of Exhibit B to the Application, we do not have this information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of November, 2024, at Scottsdale Arizona.

_____
Ivan Mora