# **EXHIBIT 1**

| Case Name | Case Number | Court | Filed On | Last Docket |
|---|---|---|---|---|
| Lapushner v. Admedus Ltd. et al | 1:18-cv-11530 | S.D.N.Y. | 2018-12-10 | 2020-02-21 |
| Dhue v. O'Reilly | 1:18-cv-02547 | S.D.N.Y. | 2018-03-22 | 2020-02-24 |
| Nicomedez v. City of New York et al | 1:19-cv-04470 | E.D.N.Y. | 8/2/2019 | 2021-03-23 |
| Stone v. Prudential Financial, Inc. et al | 2:21-cv-01551 2:21-cv-14610 | D.N.J. | 2021-02-01 | 2021-06-28 |
| Rodriguez, et al v. It's Just Lunch International et al | 1:07-cv-09227 | S.D.N.Y. | 2007-10-15 | 2021-10-25 |
| Lamda Solutions Corp. v. HSBC Bank USA, N.A. | 1:21-cv-02259 | S.D.N.Y. | 2021-03-16 | 2022-02-01 |
| Leegrand et al v. General Motors, LLC | 1:16-cv-09999 (related to case 1:14-md-02543-JMF) | S.D.N.Y. | 2016-12-28 | 2022-02-17 |
| TBlue Enterprises, Inc. v. Assisted Living Finders, LLC et al | 1:22-cv-00311 | S.D.N.Y. | 2022-01-12 | 2022-04-27 |
| Glander International Bunkering Inc. v. M/V Teresa | 1:21-cv-06830 | E.D.N.Y. | 2021-12-09 | 2023-01-09 |
| Ironforge.com v. Paychex, Inc. | 6:09-cv-06264 | W.D.N.Y. | 2009-05-21 | 2023-01-20 |
| Heidel, et al v. Cuomo, et al | 1:20-cv-10462 | S.D.N.Y. | 2020-12-10 | 2023-02-28 |
| Julia Hubbard et al v. Trammell S. Crow, Jr. et al | 2:22-cv-07957 | C.D.Cal. | 2022-11-01 | 2023-05-08 |
| Mahoney v. Atrium 680, LLC | 1:22-cv-00678 | E.D.N.Y. | 2022-02-07 | 2023-06-23 |
| Desarrolladora Farallon S. De R.L. De C.V. v. Cargill, Inc. et al | 1:15-cv-00532 | S.D.N.Y. | 2015-01-23 | 2023-08-17 |
| Stubbs et al v. Gerken et al | 3:21-cv-01525 | D.Conn. | 2021-11-15 | 2023-09-11 |
| Sachdev v. Singh | 1:15-cv-07114 | S.D.N.Y. | 2015-09-10 | 2023-11-16 |
| Rosanne Vrugtman et al v. Its Just Lunch International LLC | 5:20-cv-02352 | C.D.Cal. | 2020-11-11 | 2024-02-01 |
| Silver Sands Motel Inc et al v. Long Island Capital Management et al | 2:21-cv-01224 | E.D.N.Y. | 2021-03-08 | 2024-03-22 |
| Ray v. Balestriere Fariello et al | 1:18-cv-11211 | S.D.N.Y. | 2018-12-03 | 2024-05-28 |
| M&A Metals, Inc. v. Fina et al | 1:21-cv-05570 | E.D.N.Y. | 2021-10-07 | 2024-05-29 |
| Presti et al v. City of New York et al | 1:21-cv-03811 | E.D.N.Y. | 2021-07-07 | 2024-07-11 |
| James v. Port Authority Police Department et al | 1:22-cv-02463 | S.D.N.Y. | 2022-03-27 | 2024-08-19 |
| Lawson et al v. Rubin et al | 1:17-cv-06404 | E.D.N.Y. | 2017-11-02 | 2024-08-23 |
| Dream Big Media Inc. et al v. Alphabet Inc. et al | 3:22-cv-02314  Appeal Case 24-4968 | N.D.Cal.  9th Cir | 2022-04-13 | 2024-08-26 |
| Gardner-Alfred et al v. Federal Reserve Bank of New York | 1:22-cv-01585 | S.D.N.Y. | 2022-02-25 | 2024-08-27 |
| Buono v. Bellini et al | 1:22-cv-00244 | E.D.N.Y. | 2022-01-14 | 2024-09-03 |
| The Gameologist Group, LLC v. Scientific Games International, Inc. et al | 1:09-cv-06261 | S.D.N.Y. | 2009-07-13 | 2024-09-23 |
| Casey's Distributing, Inc. v. The Office of the Commissioner of Baseball et al | 1:22-cv-04832 | S.D.N.Y. | 2022-06-09 | 2024-09-30 |
| Casey's Distributing, Inc. et al v. National Football League, Inc. et al | 1:22-cv-03934 | S.D.N.Y. | 2022-05-13 | 2024-09-30 |
| Reply All Corp. v. Gimlet Media, Inc. | 1:15-cv-04950 | E.D.N.Y. | 2015-08-24 | 2024-10-11 |
| Lynch v. Village of Sag Harbor et al | 2:15-cv-04630 | E.D.N.Y. | 2015-08-07 | 2024-10-15 |
| Emma Loman v. Harvey Weinstein | 2:18-cv-07310 | C.D.Cal. | 2018-08-20 | 2024-10-15 |
| Julia Hubbard et al v. Trammell S. Crow, Jr. et al | 5:23-cv-00580 | W.D.Tex. | 2023-05-05 | 2024-10-16 |
| Theolosia Billie Streets v.. Daniel Mangena a/k/a Lindani Mangena, Dreamer HQ Inc. | 1:23-cv-10648 | S.D.N.Y.   Judge Analisa Torres Mag Judge Stewart Aaron | 2023-12-06 | 2024-10-17 |
| Rubin – Moore et al. v. Rubin et al. | 1:17-cv-06404-BMC | E.D.N.Y. | 2017-11-02 | 2024-08-23 |
| Balestriere Fariello v. Diaz Rivera, et al. (BF v. Farallon) | 01-18-cv-12404(ALC)(SN)  01-18-0003-5131  654720/2018 | S.D.N.Y. AAA         NY: New York Supreme Court | 2018-12-31 | 2019-01-2019 |
| DOB False Claims Act Action – Seiden, as executor of the estate of Jeffrey Groppi v. 150 West 15th Street LLC, et al. (DOB False Claims) | 106205/11 | S.D.N.Y. | 2018-12-14 | 2024-10-16 |
| | | | | |
| **STATE CASES** | | | | |
| Silver Sands Holdings I, LLC et al v. Jean Jurzenia Burden et | 613580/2021 | NY: Suffolk County Supreme Court | 2021-07-19 | 2024-11-23 |
| Alexander Perros et Al v. Richard Terry Keefe IV | 610139/2021 | NY: Suffolk County Supreme Court | 2021-05-27 | 2024-11-06 |
| Weber Law Group LLP v. Richard Terry Keefe IV et al | 608510/2022 | NY: Suffolk County Supreme Court | 2022-05-02 | 2024-11-06 |
| Touchdown Abstract Services, INC. et al v. Terry Keefe et al | 613996/2022 | NY: Nassau County Supreme Court | 2022-10-14 | 2024-10-23 |
| Balestriere PLLC v. Ames Ray et al | 154425/2023 | NY: New York County Supreme Court | 2023-05-15 | 2024-10-21 |
| Amir Sharif-Emami v. Live Up Top, Inc. | 651608/2023 | NY: New York County Supreme Court | 2023-03-30 | 2024-10-18 |
| Gareth Miles et al v. Robert Jacob Bump et al | 506358/2023 | NY: Kings County Supreme Court | 2023-02-27 | 2024-09-11 |
| Zachary Segal v. Sherry-Lehmann Inc. | 654897/2022 | NY: New York County Supreme Court | 2022-12-19 | 2024-08-16 |

| Case | Number | Court | Filed | Closed |
|---|---|---|---|---|
| Raymond Fong et al v. Sherry-Lehmann Inc. | 654691/2022 | NY: New York County Supreme Court | 2022-12-07 | 2024-07-01 |
| Emily Monson v. Rewired, LLC d/b/a Politics Rewired et al | 529238/2022 | NY: Kings County Supreme Court | 2022-10-07 | 2024-05-16 |
| Thomas W. Burns v. Videri, Inc. | 651648/2022 | NY: New York County Supreme Court | 2022-04-26 | 2024-04-19 |
| Anik Roy v. Malaika Iyer | 720411/2021 | NY: Queens County Supreme Court | 2021-09-13 | 2023-12-18 |
| Richard Burton v. Hayden Adams | 506967/2021 | NY: Kings County Supreme Court | 2021-03-24 | 2023-07-24 |
| Lamda Solutions Corp v. HSBC Bank USA, N.A. | 650926/2021 | NY: New York County Supreme Court | 2021-02-09 | 2023-06-21 |
| T. J. et al v. Naushad Parpia | 160808/2020 | NY: New York County Supreme Court | 2020-12-02 | 2023-03-06 |
| A. Moore et al - v. - H. Rubin et al | 713158/2017 | NY: Queens County Supreme Court | 2017-09-21 | 2022-08-29 |
| Balestriere PLLC - v. - WordLogic Corporation | 154032/2018 | NY: New York County Supreme Court | 2018-05-01 | 2022-05-19 |
| Susan Burke v. Democratic Party of the County of New York | 159508/2019 | NY: New York County Supreme Court | 2019-09-30 | 2022-04-14 |
| Yifat V. Schnur et al v. John Balestriere et al | 160095/2018 | NY: New York County Supreme Court | 2018-10-31 | 2022-04-13 |
| Christine A. Rodriguez Esq. - v. - Tamar Markin et al | 650986/2017 | NY: New York County Supreme Court | 2017-02-27 | 2021-02-09 |
| Robert Friedlander v. Jack's Holdings Inc. et al | 653210/2019 | NY: New York County Supreme Court | 2019-05-31 | 2020-07-23 |
| MEXVALO, S. DE R.L. DE C.V. - v. - DESARROLLADO | 654716/2016 | NY: New York County Supreme Court | 2016-09-02 | 2019-10-03 |
| Balestriere PLLC v. Juan Diaz Rivera et al | 654510/2019 | NY: New York County Supreme Court | 2019-08-08 | 2019-08-16 |
| Balestriere PLLC - v. - Juan Diaz Rivera et al | 654720/2018 | NY: New York County Supreme Court | 2018-09-21 | 2019-07-10 |
| M.T. Packaging, Inc. - v. - Maidenbaum & Associates, P.L.L | 153441/2017 | NY: New York County Supreme Court | 2017-04-12 | 2019-01-28 |
| Catiana Nguyen - v. - Bernard Chase et al | 154680/2018 | NY: New York County Supreme Court | 2018-05-18 | 2018-09-24 |
| Rachel Thomas v. Howard Rubin et al | 159367/2019 | NY: New York County Supreme Court | 2019-09-26 | 6/21/2023 |