**BALESTRIERE**
225 Broadway 29th Floor
New York, NY 10007
Tel.: 212-540-7361
John G. Balestriere
John.balestriere@balestrierefirm.com

*Attorneys for Balestriere Fariello and*
*Balestriere*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

JOHN G. BALESTRIERE,

                                   Debtor.

Chapter 7

Case No. 24-11422 (LGB)

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the undersigned, appearing as co-counsel for Balestriere

PLLC dba Balestriere Fariello ("BF"), and counsel for Balestriere Law Firm PLLC dba Balestriere

("BLF", together with BF, "the Law Firms") pursuant to Rule 2002 of the Federal Rules of

Bankruptcy Procedure, hereby requests that all notices given to or required to be served in this

case be given and served upon the following at the office, address, and telephone number set forth

below:

> John G. Balestriere, Esq.
> **BALESTRIERE**
> 225 Broadway 29th Floor
> New York, NY 10007
> Tel.: 212-540-7361
> John G. Balestriere
> Email: john.balestriere@balestrierefirm.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the

notices and papers referred to in the Rules specified above, but also includes, without limitation,

orders and notices of any applications, motions, petitions, pleadings, complaints or demands

transmitted or conveyed by mail delivery, telephone, telex or otherwise, which affect the Debtor or property of the Debtor.

**PLEASE TAKE FURTHER NOTICE**, that the undersigned hereby requests that the name and address set forth herein be added to the mailing matrix in this case.

**PLEASE TAKE FURTHER NOTICE**, that the Law Firms intend that neither this Notice of Appearance, nor any former or later pleading, claim or suit shall waive (1) the Law Firms' rights to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) the Law Firms' rights to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related in these cases, (3) the Law Firms' rights to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) the Law Firms' rights to have any claims constitutionally required to be determined by the District Court be determined therein, (5) the Law Firms' rights to have any matter heard by an arbitrator, or (6) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Law Firms are or may be entitled to under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Law Firms expressly reserve.

Dated:    February 12, 2025
          New York, New York

                                        **BALESTRIERE**
                                        *Attorneys for Balestriere Fariello and Balestriere*

                                        By:  _____
                                             John G. Balestriere, Esq.
                                             **BALESTRIERE**
                                             225 Broadway 29th Floor
                                             New York, NY 10007
                                             Tel.: 212-540-7361
                                             Email:  john.balestriere@balestrierefirm.com