Ira Zaroff, Esq.
MORITT HOCK & HAMROFF LLP
1407 Broadway, 39th Floor
New York, NY 10018
Tel: (212) 239-2000
izaroffoff@moritthock.com

*Attorneys for Pravati Capital*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In re:                                                    :    Chapter 7
                                                          :
JOHN G. BALESTRIERE,                                      :    Case No. 24-11422-lgb
                                                          :
                                                          :
                          Debtor.                         :
------------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears as counsel for Pravati Capital, LLC, a creditor and party in interest, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the Post Office address and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, telex or otherwise, which affects the Debtor or the property of the estate.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Demand

for Service of Papers, nor any later appearance, pleading, claim or suit, shall constitute an election of remedies or waiver of (i) the right to have a final orders in non-core matters entered only after *de novo* review by a District Judge;  (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding relating to this case; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
February 27, 2025

MORITT HOCK & HAMROFF LLP

By:    /s/ Ira Zaroff
Ira Zaroff, Esq.
1407 Broadway, 39th Floor
New York, NY 10018
Tel: (212) 239-2000
izaroff@moritthock.com

*Attorneys for Pravati Capital, LLC*

*Notice of this filing will be sent through the Court's Electronic Case Filing System ("ECF System") via e-mail to all parties receiving such notice by operation of the ECF System.*