**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

JOHN G. BALESTRIERE,

Debtor.

Chapter 7

Case No. 24-11422 (lgb)

## ORDER DENYING MOTION FOR RELIEF FROM
## THE AUTOMATIC STAY

UPON the motion filed on August 14, 2025 by John G. Balestriere (the "Debtor") seeking (i) enforcement of the automatic stay under 11 U.S.C. §§ 105(a) and 362(a) against Pravati Investment Fund IV, LP and Pravati Capital, LLC (collectively, "Pravati"); and (ii) an award of damages pursuant to 11 U.S.C. §§ 105(a) and 362(k) (the "Motion") [ECF No. 139]; and an Opposition to the Motion having been filed by Pravati on September 11, 2025 [ECF No. 142]; and the Debtor having filed a reply in support of the Motion on September 18, 2025 [ECF No. 144]; and the Court having held a hearing on the Motion on September 25, 2025, at which the Debtor, counsel for the Debtor, and counsel for Pravati appeared and were heard (the "Hearing"); and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and for the reasons set forth on the record at the Hearing, the transcript of which is incorporated herein by reference; and after careful consideration and due deliberation,

**IT IS HEREBY:**

**ORDERED**, that the Motion is DENIED, for the reasons stated on the record at the Hearing; and it is further

**ORDERED**, that neither Pravati nor any process server retained by Pravati or counsel for Pravati shall administer service of process on the Debtor, Balestriere PLLC d/b/a Balestriere Fariello, or Balestriere Law Firm LLC (collectively, "Balestriere") at the Debtor's personal

1

residence unless 1) Pravati demonstrates to the Court that they are unable to perform proper service upon Balestriere elsewhere, and 2) the Court grants Pravati leave to serve Balestriere at the Debtor's home; and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or related to the Motion or the implementation of this Order.

**Dated: New York, New York**
       **September 26, 2025**

/s/ Lisa G. Beckerman
**HONORABLE LISA G. BECKERMAN**
**UNITED STATES BANKRUPTCY JUDGE**