Michael J. Weiner
BALESTRIERE
28 Liberty, 6th Floor
New York, NY 10005
Tel: 212-540-7362
michael.weiner@balestrierefirm.com
*Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re**:**
**JOHN G. BALESTRIERE**

              Debtor,

   – against –

**YIFAT V. SCHNUR AND YIFAT V. SCHNUR, ESQ., LLC**

             Plaintiffs.

       v.

**JOHN G. BALESTRIERE**,

             Defendant

Case No.: 1:24-bk-11422 (lgb)
Chapter 7

Adversary Proceeding No.: 24-04036 (lgb)

PLEASE TAKE NOTICE that the undersigned attorney Michael J. Weiner of the firm Balestriere, located at 28 Liberty, 6th Floor, New York, New York 10005, with telephone number (212) 540-7362, and whose email address is michael.weiner@balestrierefirm.com, does hereby appear on behalf of John G. Balestriere. Please direct all further notices and copies of pleadings, papers, and other material relevant to this action to Michael J. Weiner.

Dated: New York, New York
October 21, 2025

By: _____
Michael J. Weiner
BALESTRIERE
28 Liberty, 6th Floor
New York, NY 10005
Tel: 212-540-7362
michael.weiner@balestrierefirm.com
*Attorney for Debtor*